AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY - 8 2017
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Plattsburgh

| | |
|---|---|
| United States of America<br>v.<br>Jose Manuel IDARRAGA-LOZANO<br>AKA Jorge Alberto ITURBIDE-ESTRADA<br>*Defendant* | )<br>)<br>)  Case No.  8:17-MJ-204 (GLF)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  May 6, 2017  in the county of  Franklin  in the  NORTHERN  District of  NEW YORK , the defendant violated  8  U. S. C. §  1326(a)&(b)(2) , an offense described as follows:

Jose Manuel IDARRAGA-LOZANO, an alien, a native and citizen of Colombia, being an alien who has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, subsequent to conviction of an aggravated felony, entered and was thereafter found in the United States without the Attorney General of the United States, or his successor, the Secretary of Homeland Security, having expressly consented to his reapplication for admission into the United States.

X continued on the attached sheet.

*Complainant's signature*

Christopher Jankins, USBP Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  May 8, 2017

*Judge's signature*

City and state:  Plattsburgh, New York    Hon. , Gary L. Favro, U.S. Magistrate Judge, N.D.N.Y.

**Continuation Sheet for United States of America V. Jose Manuel IDARRAGA-LOZANO**

This criminal complaint is based on these facts:

On the evening of May 6, 2017, United States Border Patrol (USBP) agents assigned to the Burke, New York station conducted a vehicle stop on State Route 11 in Burke, New York. Immigration inspection of the occupants revealed Jose Manuel IDARRAGA-LOZANO, a back seat passenger, is a citizen of Colombia not having legal immigration status to be in, pass through, or otherwise remain in the United States legally.

Subject was arrested as an illegal alien and transported to the Burke BP Station for processing. At the USBP station, IDARRAGA-LOZANO admitted to being an alien, stated that he was a citizen of Mexico and that he was previously removed and then later illegally returned to the United States. Subject stated that when he was previously removed he falsely claimed that he was a citizen of Colombia and was deported back to Colombia. IDARRAGA-LOZANO is now claiming to be a citizen of Mexico and has a Mexican passport in his possession. Subject stated that he was arrested by USBP Agents and subsequently removed from the United States through the port of Alexandria, Louisiana on 10/19/2009. Finger print record checks revealed he is an undocumented alien and that he was previously removed from the United States to Colombia on October 19, 2009. Records show he was admitted in 1997 into the United States but later found deportable based on Immigration and Nationality Act Section 237(a)(2)(A)(iii) - Conviction of an aggravated felony - and was removed . Record checks further show he did not seek permission from the Attorney General or the Secretary of Homeland Security to apply for admission into the United States following the removals. The 2009 removal was subsequent to the 8/29/07 conviction in the Federal District Court of New Jersey, of the offense of conspiracy to distribute a controlled substance, heroin.